SONSMITH *v.* PERE MARQUETTE RAILROAD CO.

Case by George Sonsmith against the Pere Marquette Railroad Company for personal injuries. On defendant's motion for rehearing. (Calendar No. 24,601.) Motion denied May 28, 1913.

*Sonsmith* v. *Railroad Co.*, 173 Mich. 57 (168 N. W. 347).

*Bills, Streeter & Parker,* for the motion.

*Purcell & Travers, contra.*

PER CURIAM. The motion for a rehearing is denied. One ground of the motion, namely, that in the opinion filed the question of the measure of the damages recoverable in other cases under the statute was not considered, is answered by our opinion in *Fernette* v. *Railroad Co., ante,* 653 (141 N. W. 1084).